JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$716,140.00 IN U.S. CURRENCY,<br><br>  Defendant.<br><br>ALLEN FELDMAN,<br><br>  Claimant. | NO. CV 19-4947 DSF (JCx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff and claimant Allen Feldman ("Feldman") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    On January 3, 2019, $716,140.00 ("defendant currency") was seized from four individuals by agents of the Drug Enforcement Administration. This action was commenced on June 6, 2019. The only claims filed were by Feldman, for $105,950.00 (the "Feldman portion"); and Kelvin Jackson ("Jackson") for $83,010.00 (the "Jackson portion").

1

On October 8, 2019, the Clerk entered default against all potential claimants to the defendant currency other than Feldman and Jackson. Jackson thereafter entered into an agreement with the government by which $7,500.00 of the Jackson portion of the defendant currency was dismissed and returned to Jackson. Jackson withdrew his claim to the remaining $75,510.00 of the Jackson portion. That settlement left Feldman as the sole claimant.

The Court, having considered the stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimants Feldman and Jackson were the only claimants. No other claims were filed, and the time for filing claims has expired. All potential claimants to the defendant currency other than Feldman and Jackson are deemed to have admitted the allegations of the Complaint. Feldman is the sole remaining claimant. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. $5,000.00 of the Feldman portion of the defendant currency, without interest, shall be returned to Feldman through his counsel. The United States Marshals Service shall release said funds by wire transfer to Feldman's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Feldman and his attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

4. The government shall have judgment as to the remaining $703,640.00 of the defendant currency, and no other right, title or interest shall exist therein.[1]

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the defendant currency.

IT IS SO ORDERED.

DATED: February 18, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

_____/s/ Steven R. Welk_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] The remaining $703,640.00 is a combination of (1) the remaining $100,950.00 of the Feldman portion of the defendant currency; (2) the remaining $75,510.00 of the Jackson portion of the defendant currency; (3) the $527,180.00 amount of the defendant currency to which no claims were filed.

3